**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

SEALED

United States District Court
Southern District of Texas
FILED
APR 17 2001
Michael N. Milby, Clerk

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**
CASE NUMBER: L-01-1450M-03**

01-5105-AEV

1) TOMAS LOPEZ          Encinal, Texas
2) STEVE LOPEZ          Encinal, Texas
3) GABRIEL LNU LAKE WORTH, FLORIDA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about NOVEMBER 29, 2000, through the date of this complaint, in Encinal, Texas, in La Salle County, in the Southern District of Texas, and elsewhere within the jurisdiction of the court, defendant(s),

1) TOMAS LOPEZ          Encinal, Texas
2) STEVE LOPEZ          Encinal, Texas
3) GABRIEL LNU LAKE WORTH, FLORIDA

did knowingly and unlawfully combine, conspire and agree together to possess with intent to distribute a controlled substance listed under schedule II of the Controlled Substance Act, to wit; 50 kilograms of cocaine and 500 pounds of marihuana.

in violation of Title **21** United States Code, Section(s) **846, 841(a)(1) and 841(b)(1)(A)** further state that I am a(n) Special Agent and that this complaint is based on the following facts:

see attached factual basis.

Continued on attached sheet and made a part hereof: **X** Yes ___ No

_____
Signature of Complainant
Robert Holguin, DEA S/A

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By Deputy:

Sworn to before me and subscribed in my presence,

**April 17, 2001**              at **Laredo, Texas**
Date                               City and State

Marcel C. Notzon
U. S. Magistrate Judge               _____
Name & Title of Judicial Officer      Signature of Judicial Officer

UNITED STATES OF AMERICA
V.                                                              Page 2

1) TOMAS LOPEZ                          Encinal, Texas
2) STEVE LOPEZ                          Encinal, Texas
3) GABRIEL LNU   LAKE WORTH, FLORIDA

[CON'T OF BASIS OF COMPLAINT]

Beginning November 29, 2000 and pursuant to an undercover operation, undercover agents spoke to TOMAS LOPEZ to regarding the smuggling of aliens and narcotics. TOMAS LOPEZ requested that the agent Cardenas contact his son STEVE LOPEZ in Lake Worth, Florida in order who could provide buyers of narcotics. TOMAS commented that his son was one of their contacts in locating buyers whenever they transported their narcotics to Florida.

On January 19, 2001 undercover agents contacted Steve LOPEZ in Lake Worth, Florida at the telephone number provided by his father TOMAS LOPEZ. STEVE LOPEZ stated that he had contacts that could purchase cocaine and marihuana and agreed to meet the undercover agent in Encinal, Texas for further negotiations.

On January 31, 2001 Steve LOPEZ requested a meeting in person with the undercover agent in order to continue negotiations in regards to the transportation of narcotics to Florida.

On February 2, 2001 undercover agents met TOMAS LOPEZ and STEVE LOPEZ at their Encinal, Texas residence. TOMAS LOPEZ, provided a formal introduction between the two. STEVE LOPEZ tells the UC agent that if they go down there to Florida with the marijuana, he wants them to stay, and see how he runs his operation down there. He then states that if they can get cocaine it would be a lot better because it sells fast. STEVE LOPEZ then insists on a meeting with another undercover agent to finalize the transportation of drugs to Florida.

In an undercover call between STEVE LOPEZ and the UC agent, STEVE LOPEZ tells the agents that if they won't transport narcotics for him that he will buy narcotics STEVE LOPEZ states he can arrange things in Florida, he states that he does not have a problem selling the narcotics in Florida.

On February 27, 2001 UC agents met with STEVE LOPEZ at a McDonalds restaurant parking lotin Laredo, Texas. The purpose of the meeting was to negotiate the transportation and delivery of fifty kilos of cocaine and five hundred pounds of marijuana to STEVE LOPEZ in Lake Worth, Florida. After agreeing to the amount of narcotics and price for the narcotics STEVE LOPEZ, stated that he would contact his potential buyers in Florida and that he would make the arrangements.

On March 1, 2001 UC agents met with STEVE LOPEZ at the TOMAS LOPEZ residence at in Encinal, Texas to discuss STEVE LOPEZ's fee for the drug transaction. STEVE LOPEZ stated that he could sell twenty-five kilos of cocaine within three days at around twenty thousand dollars per kilo and that his pay cut would be two thousand dollars per kilo of cocaine.

04/18/2001 07:21 FAX 5618021787    USAO WPB FL                    ⌀011
Case 9:01-mj-05105-AEV   Document 1   Entered on FLSD Docket 05/04/2001   Page 3 of 4

STEVE LOPEZ then stated that it would take him at least a week to sell the other twenty-five kilos of cocaine once he made contact with his other contacts in Georgia and North Carolina.

On March 14, 2001 UC agents met with STEVE LOPEZ at the H.E.B. store parking lot located at the intersection of Calton and IH-35, Laredo, Texas. During the meeting STEVE LOPEZ and the UC agent negotiated the transportation and delivery of fifty kilos of cocaine and five hundred pounds of marijuana to STEVE LOPEZ in Lake Worth, Florida. LOPEZ stated that he had already made contact with his sources in Florida and that he would be ready to travel to Florida any day after the 19th of March. LOPEZ stated that his cousin was going to purchase 15 kilos of the cocaine and 100 pounds of the marijuana.

On March 20, 2001 UC agents contacted Gabriel LNU in Lake Worth, Florida at telephone number (561) ___. The conversation was in relation to the transportation and delivery of 50 kilos of cocaine and 500 pounds of marijuana to STEVE LOPEZ in Lake Worth, Florida. GABRIEL LNU stated that he had made contact with STEVE LOPEZ and with the buyers that wanted to purchase the cocaine. GABRIEL LNU stated that he had some potential buyers and that they would probably want a sample of the cocaine before they made any purchase. GABRIEL LNU also stated that the buyers would purchase at least ten kilos of cocaine. GABRIEL LNU requested if the UC agents could deliver the cocaine earlier because there was a shortage of cocaine in Florida.

On April 16, 2001 UC agents met with STEVE LOPEZ and GABRIEL LNU in Lake Worth Florida to finalize the delivery of cocaine and marihuana. Both STEVE LOPEZ and GABRIEL LNU indicated they had different buyers and were pooling money together to buy an initial shipment of 10 kilograms of cocaine and 50-100 pounds of marihuana. The subjects agreed to meet on April 17, 2001 in order to exchange the money for the drugs.

AO 442 (Rev. 5/83) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS

**SEALED**

UNITED STATES OF AMERICA

v.

GABRIEL LNU
Lake Worth, Florida

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: L-01-1450M-03**

YOU ARE HEREBY COMMANDED to arrest _____ **GABRIEL LNU** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation  ☐ Probation Violation Petition

charging him or her (brief description of offense)

Unlawfully combine, conspire and agree together to possess with intent to distribute to-wit: 50 kilograms of cocaine and 500 pounds of marijuana.

in violation of ___ 21 ___ United States Code, Section(s) ___ 846, 841(a)(1), (b)(1)(A) ___

MARCEL C. NOTZON
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U. S. MAGISTRATE JUDGE
Title of Issuing Officer

04/17/01 - Laredo, Texas
Date and Location

Bail fixed at $ Detained/No Bond (To be addressed at Initial Appearance) by Marcel C. Notzon, U. S. Magistrate Judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |